Nathaniel Clark (SBN 276621)
*nathaniel.h.clark@gmail.com*
Seaton Tsai (SBN 271408)
*seaton.tsai@gmail.com*
444 So. Flower Street, Suite # 2300
Los Angeles, California 90071
Telephone: (626) 673-5180
ATTORNEYS FOR PLAINTIFF REBECCA HUNTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HUNTER, an individual,<br><br>Plaintiff,<br>vs.<br><br>SYNCHRONY BANK; SYNCHRONY LENDING, INC.; and DOES 1-10,<br><br>Defendants. | CASE NO. 2-15-cv-08041-DDP-PJW<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>**L.R. 16-15.7** |

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the parties have agreed to a settlement in principle and request 30 days in which to file a dismissal.

February 26, 2016          By   */s/*Nathaniel Clark*
                                Nathaniel Clark, Esq.
                                Seaton Tsai, Esq.
                                ATTORNEYS FOR PLAINTIFF REBECCA HUNTER